

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Geronimo Francisco Rivera a/k/a | § | No. 08-19-00223-CR |
| Geronimo Francisco Rivera-Lozoya, | | |
| | § | Appeal from the |
| Appellant, | | |
| | § | 171st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| The State of Texas, | | |
| | § | (TC# 20150D05113) |
| State. | | |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **January 20, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before January 20, 2020.

IT IS SO ORDERED this 30th day of December, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.